# United States District Court
# For The Western District of North Carolina
# Statesville Division

DAVID D. MARTIN,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:09CV100-1-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2009, Order.

Signed: August 24, 2009

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court